**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

PATRICIA MCSPARRAN,            :   No. 445 MAL 2017
                     :
             Petitioner      :
                     :   Petition for Allowance of Appeal from
                     :   the Order of the Commonwealth Court
            v.                  :
                     :
                     :
WORKERS' COMPENSATION APPEAL   :
BOARD (COMMONWEALTH OF       :
PENNSYLVANIA),                 :
                     :
            Respondent      :


## <u>ORDER</u>


**PER CURIAM**

       **AND NOW**, this 26th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.